■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFONSO MEDERO, Appellant. [710 NYS2d 526] —Judgment, Supreme Court, Bronx County (Lawrence Tonetti, J.), rendered June 11, 1998, convicting defendant, after a nonjury trial, of manslaughter in the first degree, and sentencing him, as a second violent felony offender, to a term of 18 years, unanimously affirmed.

The record is sufficient to establish that defendant signed the jury waiver in the presence of the court.

We perceive no abuse of sentencing discretion. Concur—Rosenberger, J. P., Tom, Mazzarelli, Andrias and Saxe, JJ.